# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2006

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Southwick, Leslie H | Fifth Circuit Court of Appeals | 01/12/2007 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - nominee | ● Nomination, Date 01/09/2007 <br> ○ Initial ○ Annual ○ Final | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Mississippi College Law School <br> 151 E. Griffith Street <br> Jackson, MS 39201 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

□ **NONE**

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Judge | Mississippi Court of Appeals |
| 2. Adjunct Professor | Mississippi College School of Law |
| 3. Commissioned Officer | United States Army |
| 4. Commissioned Officer | Mississippi National Guard |
| 5. Visiting Professor | Mississippi College School of Law |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2005 | United States Army - salary | $73,400 |
| 2. | 2006 | Mississippi National Guard – drill pay | $4,000 |
| 3. | 2006 | Mississippi Court of Appeals - salary | $101,500 |
| 4. | | | |

**B. Spouse's Non-Investment Income** If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | W.S. Quinn CLU - salary |
| 2. | | |

# IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Exempt | |

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | exempt | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Southwick, Leslie H | 01/12/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Berkshire-Hathaway - A common | | None | M | T | exempt | | | | |
| 2. First National Bank Group, Inc. common | C | Dividend | M | T | | | | | |
| 3. Parcel # 1, Mineral Interest, 2001 appraisal | | None | J | Q | | | | | |
| 4. Parcel # 2, Mineral interest, 2001 appraisal | | None | J | Q | | | | | |
| 5. Parcel # 3, Hidalgo County, Tex., 2001 appraisal | | None | M | Q | | | | | |
| 6. Citizens National Bank account and CD | C | Interest | N | T | | | | | |
| 7. State Bank & Trust account and CD's | B | Interest | M | T | | | | | |
| 8. MetLife Bank Account | D | Interest | M | T | | | | | |
| 9. Jackson National Beneficiary Account | A | Interest | J | T | | | | | |
| 10. Prudential Financial Variable Life: Conservative Balanced | | None | J | T | | | | | |
| 11. Prudential Financial Variable Life: Flexible Managed | | None | J | T | | | | | |
| 12. Prudential Financial Variable Life: Equity | | None | K | T | | | | | |
| 13. Prudential Financial Variable Life: Diversified Bond | | None | J | T | | | | | |
| 14. Prudential Financial Variable Life: Jennison | | None | J | T | | | | | |
| 15. Prudential Financial Variable Life: Small Cap Stock | | None | J | T | | | | | |
| 16. Trustmark National Bank account and CD | A | Interest | M | T | | | | | |
| 17. Bancorp South CD | B | Interest | M | T | | | | | |

| 1 Income/Gain Codes | A ~ $1,000 or less | B ~ $1,001-$2,500 | C ~ $2,501-$5,000 | D ~ $5,001-$15,000 | E ~ $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F ~ $50,001-$100,000 | G ~ $100,001-$1,000,000 | H1 ~ $1,000,001-$5,000,000 | H2 ~ More than $5,000,000 | |
| 2. Value Codes | J ~ $15,000 or less | K ~ $15,001-$50,000 | L ~ $50,001-$100,000 | M ~ $100,001-$250,000 | |
| (See Columns C1 and D3) | N ~ $250,000-$500,000 | O ~ $500,001-$1,000,000 | P1 ~ $1,000,001-$5,000,000 | P2 ~ $5,000,001-$25,000,000 | |
| | P3 ~ $25,000,001-$50,000,000 | | P4 ~ $More than $50,000,000 | | |
| 3 Value Method Codes | Q ~ Appraisal | R ~ Cost (Real Estate Only) | S ~ Assessment | T ~ Cash/Market | |
| (See Column C2) | U ~ Book Value | V ~ Other | W ~ Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Southwick, Leslie H | Date of Report<br><br>01/12/2007 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Southwick, Leslie H | Date of Report<br><br>01/12/2007 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Leslie H Smith_    Date _14 Jan 07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 1 | 010 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 747 | 179 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 229 | 140 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 3 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | | 555 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 105 | 000 | | | | |
| Cash value-life insurance | | 49 | 356 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 3 | 000 |
| | | | | Net Worth | 2 | 692 | 675 |
| Total Assets | 2 | 695 | 675 | Total liabilities and net worth | 2 | 695 | 675 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |